CGFD44 (4/23/19)



**ORDERED in the Southern District of Florida on August 9, 2024**

*Corali Lopez-Castro*
**Corali Lopez−Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 21−16762−CLC**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Michel Valera
1030 NW 199 St
Miami, FL 33169

SSN: xxx−xx−4633

### ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

    As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

    Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

# # #